**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-0579-001-PHX-DJH |
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| Shelly Lynn Worthley, | |
| Defendant. | |

On September 24, 2015, defendant Shelly Lynn Worthley appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release as alleged in Counts 2 and 3 of the Petition, and that there is no condition or combination of conditions available to the Court. 18 U.S.C. § 3148(b). The Court also considered the applicability of 28 U.S.C. § 3143(a) given that Defendant has entered a plea of guilty before the District Judge and is pending sentencing. For the reasons stated on the record, Defendant did not present clear and convincing evidence justifying release pending sentencing.

. . .

. . .

. . .

1       IT IS THEREFORE ORDERED that defendant be detained pending further
2 proceedings.

3       Dated this 24th day of September, 2015.

                                              David K. Duncan
                                      United States Magistrate Judge